```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

GARY RAY SPEARS,                    *

    Petitioner,                 *

vs.                                 *
                                      CASE NO. 3:12-CV-96 (CDL)

CLAY TATUM,                         *
                                        28 U.S.C. § 2254

    Respondent.                 *

                                *

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal of the United States Magistrate Judge filed May 24, 2013, is hereby approved, adopted, and made the Order of the Court. The objections of the Petitioner have been considered and are found to be without merit. The Court denies a certificate of appealability as recommended by the Magistrate Judge.

IT IS SO ORDERED, this 25th day of June, 2013.

                                                    s/Clay D. Land
                                                        CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE